Michael E. Stone, Esq. SBN: 46016
Leo B. Siegel, State Bar No. 116841
LAW OFFICE OF MICHAEL E. STONE
3425 S. Bascom Avenue, Suite I
Campbell, California 95008
408/377-9899 Telephone
408/377-5270 Facsimile
Email: stonelaw3425@yahoo.com
      K9esq@flash.net

Attorneys for Plaintiff
DAVID M. GLENN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID M. GLENN, | CASE NO. C-09-06023 MHP |
| Plaintiff, | STIPULATION AND ORDER CONTINUING CMC |
| vs. | |
| EXCEL FINANCIAL; SHELDON PERRY; SILICON FINANCIAL; JAMES MICHAEL SMAHA, TRUSTEE OF SMAHA FAMILY TRUST; THOMAS P. HORAN JR., TRUSTEE OF THE THOMAS P. HORAN, JR. TRUST DATED AUG. 20, 2000; MICHAEL P. HORAN; SVETLANA TARAN; ROBERT S. URBAN AND LORRAINE URBAN, TRUSTEES OF THE URBAN FAMILY REVOCABLE TRUST, DATED 09/27/06; JOHN B. CAITO AND AIMEE CAITO, TRUSTEES OF THE JOHN B. & AIMEE CAITO LIVING TRUST, DATED 03/02/07; FISERVE ISS & CO., TRUSTEE OF THE DONALD J. CARIANI IRA; AND DOES 1-20, INC. | |
| Defendants. | |

Plaintiff David Glenn, through his Attorney of Record, Michael E. Stone hereby requests that the Case Management Conference presently set for April 5, 2010 at 4:00 PM in Courtroom 15 be

1

STIPULATION AND ORDER

1 | continued, due to a pending settlement amongst the parties. *

2 | DATED: March 24, 2010            LAW OFFICES OF MICHAEL E. STONE
3 |
4 |                                  MICHAEL E. STONE, Attorney for
                                     Plaintiff
5 |

6 | DATED: March 24, 2010            LAW OFFICES OF PETER BREWER
7 |
8 |                                  JULIA M. WEI, Attorney for
                                     Defendants EXCEL FINANCIAL
9 |                                  AND SHELDON PERRY

10 | **IT IS SO ORDERED**

11 | Dated: March 30, 2010
12 |
                                     Judge of US District
13 |
                                     IT IS SO ORDERED
14 |
15 |                                 Judge Marilyn H. Patel
16 |
17 |
18 | * The Case Management Conference is continued to June 7, 2010 at 4:00 p.m., with a joint
     Case Management Conference Statement to be filed not later than June 1, 2010.
19 |

2

STIPULATION AND ORDER

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Julia M. Wei |
|   | LAW OFFICE OF PETER BREWER |
| 3 | 350 Cambridge Ave. Ste. 200 |
|   | Palo Alto, CA 94306 |
| 4 | Attorney for all Defendants |
| 5 | Michael E. Stone |
|   | LAW OFFICE OF MICHAEL E. STONE |
| 6 | 3425 S. Bascom Ave., Ste. I |
|   | Campbell, CA 95008 |
| 7 | Attorney for Plaintiff |

CERTIFICATE OF SERVICE