Michael E. Stone, Esq. SBN: 46016
Leo B. Siegel, State Bar No. 116841
LAW OFFICE OF MICHAEL E. STONE
3425 S. Bascom Avenue, Suite I
Campbell, California 95008
408/377-9899 Telephone
408/377-5270 Facsimile
Email: stonelaw3425@yahoo.com
K9esq@flash.net

Attorneys for Plaintiff
DAVID M. GLENN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID M. GLENN, | CASE NO. C-09-06023 MHP |
| Plaintiff, | STIPULATION AND ORDER CONTINUING CMC |
| vs. | |
| EXCEL FINANCIAL; SHELDON PERRY; SILICON FINANCIAL; JAMES MICHAEL SMAHA, TRUSTEE OF SMAHA FAMILY TRUST; THOMAS P. HORAN JR., TRUSTEE OF THE THOMAS P. HORAN, JR. TRUST DATED AUG. 20, 2000; MICHAEL P. HORAN; SVETLANA TARAN; ROBERT S. URBAN AND LORRAINE URBAN, TRUSTEES OF THE URBAN FAMILY REVOCABLE TRUST, DATED 09/27/06; JOHN B. CAITO AND AIMEE CAITO, TRUSTEES OF THE JOHN B. & AIMEE CAITO LIVING TRUST, DATED 03/02/07; FISERVE ISS & CO., TRUSTEE OF THE DONALD J. CARIANI IRA; AND DOES 1-20, INC. | |
| Defendants. | |

Plaintiff David Glenn, through his Attorney of Record, Michael E. Stone hereby requests that the Case Management Conference presently set for June 25, 2010 at 11:00 AM in

1
STIPULATION AND ORDER

1 | Courtroom 15 be continued to Sept. 27, 2010 at 4:00 p.m., due to a pending settlement amongst the
2 | parties.

3 | DATED: June 16, 2010                LAW OFFICES OF MICHAEL E. STONE

4

5 | _____
   | MICHAEL E. STONE, Attorney for
6 | Plaintiff

7

8 | DATED: June 16, 2010                LAW OFFICES OF PETER BREWER

9

10 | _____
    | PETER M. BREWER, Attorney for
    | Defendants

11

12 | **IT IS SO ORDERED**

13

14 | Dated: June __21__, 2010

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]*

2
STIPULATION AND ORDER

1 | continued to Sept. 24, 2010 at 4:00 p.m., due to a pending settlement amongst the parties.

2 | DATED: June 8, 2010     LAW OFFICES OF MICHAEL E. STONE

3

4

5 |     MICHAEL E. STONE, Attorney for Plaintiff

6

7 | DATED: June 17, 2010     LAW OFFICES OF PETER BREWER

8

9 |     JULIA M. WEI, Attorney for Defendants

10

**IT IS SO ORDERED**

11

12 | Dated: June _____, 2010

13 |     Judge of US District Court

---

2

STIPULATION AND ORDER

*COURT SERVICE LIST*

Julia M. Wei
LAW OFFICE OF PETER BREWER
350 Cambridge Ave., Ste. 200
Palo Alto, CA 94306

Michael E. Stone
LAW OFFICE OF MICHAEL E. STONE
3425 S. Bascom Ave., Ste. I
Campbell, CA 95008

3
STIPULATION AND ORDER