1  Michael E. Stone, Esq. SBN: 46016
   Leo B. Siegel, State Bar No. 116841
2  LAW OFFICE OF MICHAEL E. STONE
   3425 S. Bascom Avenue, Suite I
3  Campbell, California 95008
   408/377-9899 Telephone
4  408/377-5270 Facsimile
   Email: stonelaw3425@yahoo.com
5  K9esq@flash.net

6  Attorneys for Plaintiff
   DAVID M. GLENN

7

8

9              IN THE UNITED STATES DISTRICT COURT

10

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14  DAVID M. GLENN,                          CASE NO. C-09-06023 MHP

15          Plaintiff,                       REQUEST FOR DISMISSAL
                                             OF DEFENDANTS
16      vs.

17  EXCEL FINANCIAL; SHELDON PERRY;
    SILICON FINANCIAL; JAMES MICHAEL
18  SMAHA, TRUSTEE OF SMAHA FAMILY
    TRUST; THOMAS P. HORAN JR., TRUSTEE
19  OF THE THOMAS P. HORAN, JR. TRUST
    DATED AUG. 20, 2000; MICHAEL P. HORAN;
20  SVETLANA TARAN; ROBERT S. URBAN AND
    LORRAINE URBAN, TRUSTEES OF THE URBAN
21  FAMILY REVOCABLE TRUST, DATED
    09/27/06; JOHN B. CAITO AND AIMEE CAITO,
22  TRUSTEES OF THE JOHN B. & AIMEE CAITO
    LIVING TRUST, DATED 03/02/07; FISERVE ISS & CO.,
23  TRUSTEE OF THE DONALD J. CARIANI IRA;
    AND DOES 1-20, INC.
24
            Defendants.
25  _____/

26     **PLEASE TAKE NOTICE:**

27     Pursuant to the Settlement reached herein, and put on the record, Plaintiff DAVID M. GLENN

28  hereby requests that the court enter an order dismissing Defendants

                                     1

                           REQUEST FOR DISMISSAL

1 EXCEL FINANCIAL; SHELDON PERRY; SILICON FINANCIAL; JAMES MICHAEL
2 SMAHA, TRUSTEE OF SMAHA FAMILY TRUST; THOMAS P. HORAN JR., TRUSTEE
3 OF THE THOMAS P. HORAN, JR. TRUST DATED AUG. 20, 2000; MICHAEL P. HORAN;
4 SVETLANA TARAN; ROBERT S. URBAN AND LORRAINE URBAN, TRUSTEES OF THE
5 URBAN FAMILY REVOCABLE TRUST, DATED 09/27/06; JOHN B. CAITO AND AIMEE
6 CAITO, TRUSTEES OF THE JOHN B. & AIMEE CAITO LIVING TRUST, DATED 03/02/07; and
7 FISERVE ISS & CO., TRUSTEE OF THE DONALD J. CARIANI IRA from the above entitled
8 action with prejudice, as said Defendants have voluntarily executed a Loan Workout Agreement and
9 otherwise performed in accordance with the settlement.

There being no other named defendants, the entire case should now be closed.

Dated: September 13, 2010

Respectfully submitted,
LAW OFFICE OF MICHAEL E. STONE

_____
MICHAEL E. STONE, Attorney for Plaintiff

2

REQUEST FOR DISMISSAL

1  Michael E. Stone, Esq. SBN: 46016
   Leo B. Siegel, State Bar No. 116841
2  LAW OFFICE OF MICHAEL E. STONE
   3425 S. Bascom Avenue, Suite I
3  Campbell, California 95008
   408/377-9899 Telephone
4  408/377-5270 Facsimile
   Email: stonelaw3425@yahoo.com
5  K9esq@flash.net

6  Attorneys for Plaintiff
   DAVID M. GLENN

7

8

9             IN THE UNITED STATES DISTRICT COURT

10

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  DAVID M. GLENN,                          CASE NO.  C-09-06023 MHP

15         Plaintiff,                        ORDER DISMISSING
                                             DEFENDANTS
16     vs.

17  EXCEL FINANCIAL; SHELDON PERRY;
    SILICON FINANCIAL; JAMES MICHAEL
18  SMAHA, TRUSTEE OF SMAHA FAMILY
    TRUST; THOMAS P. HORAN JR., TRUSTEE
19  OF THE THOMAS P. HORAN, JR. TRUST
    DATED AUG. 20, 2000; MICHAEL P. HORAN;
20  SVETLANA TARAN; ROBERT S. URBAN AND
    LORRAINE URBAN, TRUSTEES OF THE URBAN
21  FAMILY REVOCABLE TRUST, DATED
    09/27/06; JOHN B. CAITO AND AIMEE CAITO,
22  TRUSTEES OF THE JOHN B. & AIMEE CAITO
    LIVING TRUST, DATED 03/02/07; FISERVE ISS & CO.,
23  TRUSTEE OF THE DONALD J. CARIANI IRA;
    AND DOES 1-20, INC.
24
           Defendants.                /
25

26     Pursuant to the Request For Dismissal filed by Plaintiff DAVID M. GLENN in the above

27  entitled proceeding, **IT IS HEREBY ORDERED, THAT :**

28     Defendants EXCEL FINANCIAL; SHELDON PERRY; SILICON FINANCIAL; JAMES

                                      1

                          ORDER DISMISSING DEFENDANTS

MICHAEL SMAHA, TRUSTEE OF SMAHA FAMILY TRUST; THOMAS P. HORAN JR., TRUSTEE OF THE THOMAS P. HORAN, JR. TRUST DATED AUG. 20, 2000; MICHAEL P. HORAN; SVETLANA TARAN; ROBERT S. URBAN AND LORRAINE URBAN, TRUSTEES OF THE URBAN FAMILY REVOCABLE TRUST, DATED 09/27/06; JOHN B. CAITO AND AIMEE CAITO, TRUSTEES OF THE JOHN B. & AIMEE CAITO LIVING TRUST, DATED 03/02/07; and FISERVE ISS & CO., TRUSTEE OF THE DONALD J. CARIANI IRA are hereby dismissed with prejudice. There being no remaining named defendants, the entire case is now dismissed.

Dated: September __14__, 2010



IT IS SO ORDERED

Judge Marilyn H. Patel

2

ORDER DISMISSING DEFENDANTS

*COURT SERVICE LIST*

Julia M. Wei
LAW OFFICE OF PETER BREWER
350 Cambridge Ave., Ste. 200
Palo Alto, CA 94306

Michael E. Stone
LAW OFFICE OF MICHAEL E. STONE
3425 S. Bascom Ave., Ste. I
Campbell, CA 95008

3

ORDER DISMISSING DEFENDANTS